UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

STEPHEN ROGERS,                                      Case No. 07-CR-0155

       Defendant,

   and

STEP INDUSTRIES,

       Garnishee-Defendant.

## AGREED FINAL ORDER IN GARNISHMENT

Upon consideration of the parties' stipulation for Final Order in Garnishment, by which the defendant and garnishee-defendant stipulate to a garnishment of the defendant's wages, and waive their right to a hearing, as to the garnishment,

**IT IS HEREBY ORDERED**, that the garnishee-defendant shall pay to the plaintiff $25.00 per week of the debtor's earnings, by sending a check or money order made payable to the U.S. District Court and mailing the check or money order to the U.S. District Clerk of Court, 517 East Wisconsin Avenue, Room 362 Federal Building, Milwaukee, WI 53202. Payments shall continue until such time as the entire debt in this matter is paid in full or further order of this Court.

Dated this    17th    day of August, 2012.

                                              s/ William C. Griesbach
                                              WILLIAM C. GRIESBACH
                                              U.S. DISTRICT COURT JUDGE